IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.: 0:17-cv-61064-UU

SANDRA STEWART, as Personal Representative
Of the Estate of ROBERT STEWART,

    Plaintiff,

vs.

HORIZON DIVE ADVENTURES, INC.,
a Florida Corporation; ADD HELIUM, LLC,
a Foreign Limited Liability Company, PETER
SOTIS, individually, and CLAUDIA SOTIS,
Individually,

    Defendants.
_____/

## DEFENDANT, ADD HELIUM, LLC'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, ADD HELIUM, LLC, by and through its undersigned counsel, hereby files this, its Response to this Honorable Court's Order to Show Cause [D.E. 4] and in response thereto would show unto this Court:

1. In the above referenced Order to Show Cause, this Honorable Court indicated that it was "*not satisfied that she may exercise subject matter jurisdiction over the action*" because "*to sufficiently allege the citizenship of these unincorporated business entities, a party must list the citizenships of all the members of the Limited Liability Company and all the partners of the Limited Partnership.*"

2. In this particular matter, and as stated in ADD HELIUM's Notice of Removal, ADD HELIUM, LLC is a Delaware Limited Liability Company.

3. Admittedly, ADD HELIUM failed to note that is a single Manager and a single Shareholder Limited Liability Company with the sole Shareholder/Manager identified as PETER SOTIS, who, as noted in the foregoing paragraph, is a resident of the State of Florida.

4. PETER SOTIS, in turn, is a resident of the State of Florida.

5. Additionally, Co-Defendant, HORIZON DIVE ADVENTURES, INC., is a Florida For-Profit Corporation with its principal place of business in Key Largo, Florida.

6. Accordingly, there is complete diversity.

7. An Amended Notice of Removal reflecting these clarifications is appended hereto as Exhibit "A" and has also been filed with this Honorable Court.

WHEREFORE, ADD HELIUM, LLC, respectfully requests that this Honorable Court accept the Amended Notice of Removal together with the representation that complete diversity exists by virtue of PETER SOTIS' status as sole Manager and sole Shareholder of ADD HELIUM, LLC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by e-mail this  1st day of June, 2017  to:

Attorneys for Plaintiff:
Michael A. Haggard, Esq.
Douglas J. McCarron, Esq.
Pedro P. Echarte, III, Esq.
The Haggard Law Firm, P.A.
330 Alhambra Circle, First Floor
Coral Gables, FL  33134

Stewart v. Horizon Dive, et. al<br>Case No.: 0:17-cv-61064-UU

<u>Attorneys for Defendant, Horizon Dive</u>
Donna E. Albert, Esq.
Law Office of Donna E. Albert, P.A.
7999 North Federal Highway, Suite 320
Boca Raton, Florida 33487

> KENNEDYS AMERICAS LLP
> 1395 Brickell Ave.
> Suite 610
> Miami, FL  33131
> Tel.: (305) 371-1111
> E-Mail: neil.bayer@kenendyslaw.com
>
> By: __/s/ Neil Bayer_____
>         Neil Bayer, Esquire
>         FBN: 615684