UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-61064-UU

SANDRA STEWART, as Personal Representative of the Estate of ROBERT STEWART,

    Plaintiff,

v.

HORIZON DIVE ADVENTURES, INC., a Florida Corporation, ADD HELIUM, LLC, a Foreign Limited Liability Company, PETER SOTIS, individually, and CLAUDIA SOTIS, individually,

    Defendants.
_____/

## **DEFENDANT, HORIZON DIVE ADVENTURES, INC.'S RESPONSE TO COURT ORDER**

COMES NOW, Defendant, HORIZON DIVE ADVENTURES, INC., by and through its undersigned counsel for the limited purpose of responding to this Court's Order [DE 11] notifies this Court that pursuant to a pending Limitation Action before Judge King, an Order was entered by Judge King staying prosecution of claims outside of the Limitation Action against Horizon Dive Adventures, Inc., [DE 9] and therefore this defendant takes no position regarding the pending Motion to Remand.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically with the Clerk of Court using CM/ECF and via electronic mail on this 9th day of June, 2017, upon **Michael Haggard, Esq., and Pedro Echarte THE HAGGARD LAW FIRM, P.A.,** 330 Alhambra Circle, First Floor, Coral Gables, Florida 33134, via email at

mah@haggardlawfirm.com and **Neil Bayer, Esq., KENNEDYS AMERICAS LLP**, 1395 Brickell Ave., Ste. 610, Miami, FL 33131, via email neil.bayer@kennedyslaw.com .

    Respectfully submitted,
*/s/ Donna E. Albert*
_____
DONNA E. ALBERT, ESQ.
Fla. Bar No.: 464376
LAW OFFICE OF DONNA E. ALBERT, P.A.
7999 North Federal Highway, Suite 320
Boca Raton, Florida 33487
Telephone: (561) 994-9904
Facsimile:  (561) 994-9774